THE STATE OF OHIO, APPELLEE, *v.* IRVIN, APPELLANT.

[Cite as *State v. Irvin,* 114 Ohio St.3d 453, 2007-Ohio-4559.]

(No. 2007–0177—Submitted August 14, 2007—Decided September 19, 2007.)

{¶ 1} The certified question is answered in the negative on the authority of *State v. Tooley,* 114 Ohio St.3d 366, 2007-Ohio-3698, 872 N.E.2d 894.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

Dagger, Johnston, Miller, Ogilvie & Hampson, L.L.P., and Scott P. Wood, for appellant.